UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00739-FDW

| | |
|---|---|
| HAROLD L. KISER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ANDREW SAUL, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

THIS MATTER is before the Court following issuance of the Mandate (Doc. No. 23) from the United States Court of Appeals for the Fourth Circuit in regards to the unpublished decision in Kiser v. Saul, No. 19-1511 (4th Circ. July 30, 2020), reversing this Court's judgment for Defendant. See Doc. No. 22. Pursuant to the decision by the Fourth Circuit (Doc. No. 22), this Court vacates the denial of benefits and remands for further administrative proceedings.

IT IS SO ORDERED.

Signed: September 21, 2020

Frank D. Whitney
United States District Judge